IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ROCKY LEANDRO OROSCO, § | | |
| TDCJ No. 02002399, Petitioner § | | |
| v. § | Civil Action No. SA-18-CA-1075 | |
| § | DAE (HJB) | |
| LORIE DAVIS, Director, § | | |
| Texas Department of Criminal Justice,§ | | |
| Correctional Institutions Division, § | | |
| Respondent. § | | |

## ORDER

On the motion of Respondent, Assistant Attorney General Deanna Vella is substituted for Willis B. H. Chambers as lead counsel for Respondent.

It is so ORDERED.

SIGNED on this the 30th day of September, 2019.

Henry J. Bemporad
United States Magistrate Judge